1  Karyn M. Taylor, Esq.
   Nevada Bar No. 6142
2  Luke W. Molleck, Esq.
   Nevada Bar No. 14405
3  LITTLER MENDELSON, P.C.
   200 South Virginia Street, 8th Floor
4  Reno, Nevada 89501
   Telephone:   775.348.4888
5  Fax No.:      775.786.0127
   kmtaylor@littler.com
6  lmolleck@littler.com

7  Attorneys for Defendants
   SUMMERSET RENO ALMC, LLC, SUMMERSET
8  RENO MEMORY CARE LLC, and JESSE BARRIOS

9

10                     **UNITED STATES DISTRICT COURT**

11                            **DISTRICT OF NEVADA**

12

| | |
|---|---|
| BRANDY LEE HARTNETT,<br><br>Plaintiff,<br><br>v.<br><br>SUMMERSET RENO ALMC, LLC, a domestic limited liability company; SUMMERSET RENO MEMORY CARE LLC, a domestic limited liability company; JESSE BARRIOS, an individual; Does I-XX inclusive<br><br>Defendants. | Case No.  3:24-cv-00516-ART-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff BRANDY LEE HARTNETT ("Plaintiff") and Defendants SUMMERSET RENO ALMC, LLC, SUMMERSET RENO MEMORY CARE LLC, and JESSE BARRIOS (collectively "Defendants") hereby agree and stipulate to extend the time for Defendants to file a response to Plaintiff's Complaint, up to and including **March 7, 2025.**

The requested extension is necessary in light of the fact that Defendants' counsel was recently retained and will allow defense counsel to conduct an investigation into the allegations, and to prepare a response to the Complaint.

///

4914-9880-0663

This is the first request for an extension of time to respond to Plaintiff's Complaint. This request is made in good faith and not for the purpose of delay.

Dated: February 14, 2025

Respectfully submitted,

*/s/ Kendra J. Jepsen*
KENDRA J. JEPSEN, ESQ.
JEPSEN LAW, PLLC

JOSEPH S. GILBERT, ESQ.
JOEY GILBERT LAW

Attorneys for Plaintiff

Dated: February 14, 2025

Respectfully submitted,

*/s/ Luke W. Molleck*
KARYN M. TAYLOR, ESQ.
LUKE W. MOLLECK, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
SUMMERSET RENO ALMC, LLC, SUMMERSET RENO MEMORY CARE LLC, AND JESSE BARRIOS

**IT IS SO ORDERED.**

Dated: February 18, 2025

_____
UNITED STATES DISTRICT JUDGE

4917-4232-8091.1 / 095803-1000

LITTLER MENDELSON, P.C.
200 S. Virginia St
8th Floor
Reno, NV  89501.1944
775.348.4888

2

4914-9880-0663