| | |
|---|---|
| 1 | Karyn M. Taylor, Esq. |
| | Nevada Bar No. 6142 |
| 2 | Luke W. Molleck, Esq. |
| | Nevada Bar No. 14405 |
| 3 | LITTLER MENDELSON, P.C. |
| | 200 South Virginia Street, 8th Floor |
| 4 | Reno, Nevada 89501 |
| | Telephone:    775.348.4888 |
| 5 | Fax No.:         775.786.0127 |
| | kmtaylor@littler.com |
| 6 | lmolleck@littler.com |
| 7 | Attorneys for Defendants |
| | SUMMERSET RENO ALMC, LLC, SUMMERSET |
| 8 | RENO MEMORY CARE LLC, and JESSE BARRIOS |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANDY LEE HARTNETT, | Case No. 3:24-cv-00516-ART-CLB |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| v. | |
| SUMMERSET RENO ALMC, LLC, a domestic limited liability company; SUMMERSET RENO MEMORY CARE LLC, a domestic limited liability company; JESSE BARRIOS, an individual; Does I-XX inclusive | **(SECOND REQUEST)** |
| Defendants. | |

Plaintiff BRANDY LEE HARTNETT ("Plaintiff") and Defendants SUMMERSET RENO ALMC, LLC, SUMMERSET RENO MEMORY CARE LLC, and JESSE BARRIOS (collectively "Defendants") hereby agree and stipulate to extend the time for Defendants to file a response to Plaintiff's Complaint. Defendants' current deadline to file a response to Plaintiff's Complaint runs on March 7, 2025. The Parties have agreed to allow Defendants up to and including **March 14, 2025,** in which to file their response.

The requested extension is necessary in light of the fact that Defendants' counsel was recently retained and is still conducting an investigation into the allegations in the Complaint. The additional

**Error! Unknown document property name.**

time will allow defense counsel adequate time to prepare the response to the Complaint.

This is the second request for an extension of time to respond to Plaintiff's Complaint. This request is made in good faith and not for the purpose of delay.

| | |
|---|---|
| Dated: March 10, 2025 | Dated: March 10, 2025 |
| Respectfully submitted, | Respectfully submitted, |
| /s/ Kendra J. Jepsen<br>KENDRA J. JEPSEN, ESQ.<br>JEPSEN LAW, PLLC<br><br>JOSEPH S. GILBERT, ESQ.<br>JOEY GILBERT LAW<br><br>Attorneys for Plaintiff | /s/ Luke W. Molleck<br>KARYN M. TAYLOR, ESQ.<br>LUKE W. MOLLECK, ESQ.<br>LITTLER MENDELSON, P.C.<br><br>Attorneys for Defendants<br>SUMMERSET RENO ALMC, LLC,<br>SUMMERSET RENO MEMORY CARE LLC, AND JESSE BARRIOS |

**IT IS SO ORDERED.**

Dated: __March 10, 2025__

_____
UNITED STATES MAGISTRATE JUDGE

Error! Unknown document property name.