# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRANDY LEE HARTNETT,<br><br>Plaintiff,<br><br>vs.<br><br>SUMMERSET RENO ALMC, LLC, a domestic limited liability company; SUMMERSET RENO MEMORY CARE LLC, a domestic limited liability company; JESSE BARRIOS, an individual; DOES I-XX inclusive.<br><br>Defendants. | Case No.: 3:24-cv-00516-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE A RESPONSIVE PLEADING TO DEFENDANTS' MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Plaintiff, BRANDY LEE HARTNETT ("Plaintiff") and Defendants, SUMMERSET RENO ALMC, LLC, SUMMERSET RENO MEMORY CARE LLC, and JESSE BARRIOS (collectively "Defendants"), hereby agree and stipulate to extend the time for Plaintiff to file a response to Defendant's Motion to Dismiss. Plaintiff's current deadline to file a response is March 28, 2025. The parties have agreed to allow Plaintiff up to and including **April 11, 2025,** in which to file their response.

The parties agree to the extension to permit Plaintiff time to respond to Defendants' Motion to Dismiss due to work-related scheduling conflicts for Plaintiff's counsel.

1

This is the first request to extend the deadline set to respond to the Motion to Dismiss and is made in good faith and not for purposes for delay.

**IT IS SO STIPULATED.**

Dated: March 27, 2025                                        Dated: March 27, 2025

 /s/Kendra Jepsen                                                     /s/Luke Molleck
KENDRA J. JEPSEN, ESQ.                               KARYN M. TAYLOR, ESQ.
JEPSEN LAW, PLLC                                          LUKE W. MOLLECK, ESQ.
                                                                              LITTLER MENDLSON, P.C.
JOSEPH S. GILBERT, ESQ.                             *Attorneys for Defendants*
JOEY GILBERT LAW
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

Dated: March 28, 2025

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE