1  Karyn M. Taylor, Esq.
   Nevada Bar No. 6142
2  Luke W. Molleck, Esq.
   Nevada Bar No. 14405
3  LITTLER MENDELSON, P.C.
   200 South Virginia Street, 8th Floor
4  Reno, Nevada 89501
   Telephone:    775.348.4888
5  Fax No.:      775.786.0127
   kmtaylor@littler.com
6  lmolleck@littler.com

7  Attorneys for Defendants
   SUMMERSET RENO ALMC, LLC, and JESSE
8  BARRIOS

9

10                         **UNITED STATES DISTRICT COURT**

11                              **DISTRICT OF NEVADA**

12

13  | BRANDY LEE HARTNETT, | Case No. 3:24-cv-00516-ART-CLB |
    |---|---|
    | Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
    | v. | |
    | SUMMERSET RENO ALMC, LLC, a domestic limited liability company; JESSE BARRIOS, an individual; Does I-XX inclusive | |
    | Defendants. | **(FIRST REQUEST)** |

   Plaintiff BRANDY LEE HARTNETT ("Plaintiff") and Defendants SUMMERSET RENO ALMC, LLC and JESSE BARRIOS (collectively "Defendants") hereby agree and stipulate to extend the time for Defendants to file a response to Plaintiff's First Amended Complaint, up to and including **May 9, 2025.**

   The requested extension is necessary to allow Defendants' counsel to investigate the allegations, and to prepare a response to the First Amended Complaint. Additionally, counsel for Defendant, Luke Molleck, will be transitioning out of Littler Mendelson and Defendant will need time to staff a new Associate on this matter.

   ///

This is the first request for an extension of time to respond to Plaintiff's First Amended Complaint. This request is made in good faith and not for the purpose of delay.

Dated: April 24, 2025

Respectfully submitted,

/s/ Kendra J. Jepsen
KENDRA J. JEPSEN, ESQ.
JEPSEN LAW, PLLC

JOSEPH S. GILBERT, ESQ.
JOEY GILBERT LAW

Attorneys for Plaintiff

Dated: April 24, 2025

Respectfully submitted,

/s/ Karyn M. Taylor
KARYN M. TAYLOR, ESQ.
LUKE W. MOLLECK, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
SUMMERSET RENO ALMC, LLC, AND
JESSE BARRIOS

**IT IS SO ORDERED.**

Dated: April 25, 2025

_____
UNITED STATES MAGISTRATE JUDGE