Karyn M. Taylor, Esq.
Nevada Bar No. 6142
Michael D. Dissinger, Esq.
Nevada Bar No. 15208
LITTLER MENDELSON, P.C.
200 South Virginia Street, 8th Floor
Reno, Nevada 89501
Telephone:    775.348.4888
Fax No.:         775.786.0127
kmtaylor@littler.com
mdissinger@littler.com

Attorneys for Defendants
SUMMERSET RENO ALMC, LLC, SUMMERSET RENO MEMORY CARE LLC, and JESSE BARRIOS

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRANDY LEE HARTNETT,<br><br>           Plaintiff,<br><br>v.<br><br>SUMMERSET RENO ALMC, LLC, a domestic limited liability company; SUMMERSET RENO MEMORY CARE LLC, a domestic limited liability company; JESSE BARRIOS, an individual; Does I-XX inclusive.<br><br>           Defendants. | Case No.  3:24-cv-00516-ART-CLB<br><br>**ORDER GRANTING SUBSTITUTION OF   COUNSEL WITHIN FIRM** |

**PLEASE TAKE NOTICE** that Michael D. Dissinger, Esq., attorney with Littler Mendelson, P.C., is being substituted for Luke W. Molleck, Esq. to represent Defendants. Mr. Molleck's last day with Littler Mendelson, P.C. was April 25, 2025, and as of this date will no longer be participating in this litigation. Mr. Dissinger's current mailing address and email address are:

Michael D. Dissinger, Esq.
Littler Mendelson, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169
mdissinger@littler.com

Accordingly, please include Mr. Dissinger on service of all future pleadings, motions, notices, orders, and correspondence for the above-captioned matter. Mr. Molleck should be removed from the service list.

Dated: April 29, 2025

LITTLER MENDELSON, P.C.

/s/ Michael D. Dissinger
Karyn M. Taylor, Esq.
Michael D. Dissinger, Esq.

Attorney for Defendants
SUMMERSET RENO ALMC, LLC,
SUMMERSET RENO MEMORY CARE LLC,
and JESSE BARRIOS

**ORDER**

**IT IS SO ORDERED.**

DATED: April 29, 2025

_____
UNITED STATES MAGISTRATE JUDGE

**PROOF OF SERVICE**

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, NV 89169-5987. On April 29, 2025, I served the within document(s):

**NOTICE OF SUBSTITUTION OF COUNSEL WITHIN FIRM**

☒ By **CM/ECF Filing** – Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

Joseph S. Gilbert, Esq.
Joey Gilbert Law
Kendra J. Jepsen, Esq.
JEPSEN LAW, PLLC
405 Marsh Avenue
Reno, NV 89509
joey@joeygilbertlaw.com
kendra@jepsenlawnv.com

Attorneys for Plaintiff
BRANDY LEE HARTNETT

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 29, 2025, at Las Vegas, Nevada.

*/s/ Joanne Conti*
Joanne Conti

LITTLER MENDELSON, P.C.
200 S. Virginia St
8th Floor
Reno, NV 89501.1944
775.348.4888

3

4925-5325-1387 / 095803.1002