| | |
|---|---|
| 1 | Karyn M. Taylor, Esq. |
| | Nevada Bar No. 6142 |
| 2 | Michael D. Dissinger, Esq. |
| | Nevada Bar No. 15208 |
| 3 | LITTLER MENDELSON, P.C. |
| | 200 South Virginia Street, 8th Floor |
| 4 | Reno, Nevada 89501 |
| | Telephone:    775.348.4888 |
| 5 | Fax No.:       775.786.0127 |
| | kmtaylor@littler.com |
| 6 | mdissinger@littler.com |

Attorneys for Defendants
SUMMERSET RENO ALMC, LLC and JESSE BARRIOS

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRANDY LEE HARTNETT, | Case No.  3:24-cv-00516-ART-CLB |
| Plaintiff, | **STIPULATION AND ORDER REGARDING SUBMISSION OF STIPULATION TO DISMISS ACTION** |
| v. | |
| SUMMERSET RENO ALMC, LLC, a domestic limited liability company; JESSE BARRIOS, an individual; Does I-XX inclusive. | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff, BRANDY LEE HARTNETT ("Plaintiff"), and Defendants, SUMMERSET RENO ALMC, LLC ("Summerset") and JESSE BARRIOS ("Barrios") (together "Defendants") (collectively the "Parties"), by and through their counsel of record, hereby respectfully submit this Stipulation and Order Regarding Submission of Stipulation to Dismiss Action.

Per the Court's Minutes dated June 10, 2025 (ECF No. 38), the Parties are required to submit a stipulation to dismiss the action no later than July 10, 2025. The Parties are finalizing settlement and anticipate doing so within the next two (2) weeks. Accordingly, the Parties respectfully request that the deadline to submit a stipulation to dismiss the action be extended up to and including Monday,

July 28, 2025, which will provide sufficient time for the Parties to finalize settlement prior to dismissal of the action.

This stipulation is submitted in good faith and not for the purpose of undue delay. This is the first request for an extension of the deadline to file a stipulation dismissing the action.

Dated:  July 8, 2025

Respectfully submitted,

/s/ Kendra J. Jepsen
Joseph S. Gilbert, Esq.
JOEY GILBERT LAW
Kendra J. Jepsen, Esq.
JEPSEN LAW, PLLC

*Attorneys for Plaintiff*
BRANDY LEE HARTNETT

Dated:  July 8, 2025

Respectfully submitted,

/s/ Michael D. Dissinger
Karyn M. Taylor, Esq.
Michael D. Dissinger, Esq.
LITTLER MENDELSON, P.C.

*Attorneys for Defendants*
SUMMERSET RENO ALMC, LLC and JESSE BARRIOS

**IT IS SO ORDERED.**

_____
Craig S. Denney
United States Magistrate Judge

DATED:  July 9, 2025

LITTLER
MENDELSON, P.C.
200 S. Virginia St
8th Floor
Reno, NV  89501.1944
775.348.4888

2