**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANDY LEE HARTNETT,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SUMMERSET RENO ALMC, LLC, a domestic limited liability company; JESSE BARRIOS, an individual; Does I-XX inclusive.<br><br>　　　　　Defendants. | Case No.  3:24-cv-00516-ART-CLB<br><br>**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

　　　　Plaintiff, BRANDY LEE HARTNETT ("Plaintiff"), and Defendants, SUMMERSET RENO ALMC, LLC and JESSE BARRIOS ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, including all claims and causes of action, with prejudice.

　　　　The Parties globally resolved this action at the Early Neutral Evaluation held on June 10, 2025 before Hon. Magistrate Judge Craig S. Denney. **ECF No. 38.** The Parties file the instant Stipulation pursuant to their agreement for global resolution. The Parties agree that no Party to this Stipulation shall be deemed to be a prevailing party in this action and that no Party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any

forum that would be available for the claims dismissed by this Stipulation. Each Party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

      Accordingly, the Parties respectfully request the Court grant the instant Stipulation, dismiss the action with prejudice and close the case.

**IT IS SO STIPULATED.**

DATED: July 22, 2025                            DATED: July 22, 2025

By: */s/ Kendra J. Jepsen*                By: */s/ Michael D. Dissinger*
    Joseph S. Gilbert, Esq.                      Karyn M. Taylor, Esq.
    JOEY GILBERT LAW                     Michael D. Dissinger, Esq.
                                                       LITTLER MENDELSON, P.C.
    Kendra J. Jepsen, Esq.
    JEPSEN LAW, PLLC                        *Attorneys for Defendants*
                                                       SUMMERSET RENO ALMC, LLC and
                                                       JESSE BARRIOS

*Attorneys for Plaintiff*
    BRANDY LEE HARTNETT

**IT IS SO ORDERED.**

Date: 7/23/2025                                       
                                     UNITED STATES DISTRICT JUDGE